**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

|  |  |
|---|---|
| JEREMIAH THUNDEREAGLE,<br><br>         Plaintiff,<br><br>    v.<br><br>RICHARD GARDEN et al.,<br><br>         Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:11-CV-1182 DB<br><br>District Judge Dee Benson |

Plaintiff, inmate Jeremiah Thundereagle, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the complaint under § 1915(e), in an Order dated April 24, 2012, the Court determined Plaintiff's complaint was deficient for a variety of reasons. The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is

**DISMISSED** without prejudice for failure to state a claim under §

1915(e)(2)(B)(ii), failure to follow Court orders, and failure to

prosecute.

DATED this 3rd day of July, 2012.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court